## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

WATERKEEPER ALLIANCE, INC., et al.,

Plaintiffs,

v.

ANDREW WHEELER, Acting Administrator,
U.S. Environmental Protection Agency, et al.,

Defendants.

Civil Action No. 18-2230 (JDB)

## <u>ORDER</u>

Upon consideration of [42] plaintiffs' motion for summary judgment, [45] defendants' cross-motion for summary judgment, [48] intervenor-defendants' cross-motion for summary judgment, and the entire record herein, and for the reasons explained in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [42] plaintiffs' motion for summary judgment is **GRANTED IN PART AND DENIED IN PART**, with judgment to plaintiffs on Count 2 of [1] their Complaint; it is further

**ORDERED** that [45] defendants' cross-motion for summary judgment and [48] intervenor-defendants' cross-motion for summary judgment are **GRANTED IN PART AND DENIED IN PART**, with judgment to defendants and intervenor-defendants on Counts 1 and 3–7 of [1] plaintiffs' Complaint ; and it is further

**ORDERED** that defendant U.S. Environmental Protection Agency's authorization of Oklahoma's coal combustion residuals permitting program is **PARTIALLY VACATED** and this case is **REMANDED** to the Agency for further proceedings consistent with this Order, the accompanying Memorandum Opinion, and the decision in <u>Utility Solid Waste Activities</u>

Group v. EPA, 901 F.3d 414 (D.C. Cir. 2018) (per curiam).

**SO ORDERED**.

Dated:  April 15, 2020                                   /s/

                                                                JOHN D. BATES
                                                         United States District Judge